# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2008

137277

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 137277
COA: 283544
Oakland CC: 2002-187400-FH

DOUGLAS HARRY GOODGER,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the July 22, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2008

_____
Clerk